Roger E. DENNIS, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 40907.

Missouri Court of Appeals,
Western District.

April 11, 1989.

Joseph H. Locascio, Sp. Public Defender, Daniel C. Miller, Asst. Sp. Public Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., William J. Swift, Asst. Atty. Gen., Jefferson City, for respondent.

Before MANFORD, P.J., and TURNAGE and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion (now repealed) for post-conviction relief.

Affirmed. Rule 84.16(b).